**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 4, 2026**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00069-CV

---

**NICHOLAS KREINES, DAVID P. RYAN, AND LIBERTY MINERAL PARTNERS LLC, Appellants**

**V.**

**ES3 MINERALS, LLC, Appellee**

---

**On Appeal from the Business Court Division 3B**
**Travis County, Texas**
**Trial Court Cause No. 24-BC03B-0005**

---

### MEMORANDUM OPINION

On May 22, 2026, this Court granted appellants' unopposed motion to abate this appeal pending issuance of a final judgment in the trial court. On July 21, 2026, after the trial court issued a final judgment, appellants filed an unopposed

motion to dismiss because this interlocutory appeal is now moot.

We lift the abatement and reinstate the appeal on the active docket. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.